## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
GARR SR., JOHNNY W § Case No. 10-15575
GARR, VALERIE A §
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            Kenneth Gardner
            U.S. Bankruptcy Court Clerk
            219 South Dearborn Street- 7th Floor
            Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/18/2014 in Courtroom 744,
            United States Courthouse
            219 South Dearborn Street
            Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____
                                        Clerk of The United States Bankruptcy
                                                           Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GARR SR., JOHNNY W § Case No. 10-15575
GARR, VALERIE A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 275,000.00 |
| and approved disbursements of | $ | 139,316.61 |
| leaving a balance on hand of[1] | $ | 135,683.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 13,845.87 | $ 0.00 | $ 13,845.87 |
| Trustee Expenses: Phillip D. Levey | $ 110.46 | $ 0.00 | $ 110.46 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 10,440.00 | $ 0.00 | $ 10,440.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,584.00 | $ 0.00 | $ 1,584.00 |
| Charges: Clerk, U.S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 26,240.33 |
| Remaining Balance | | $ | 109,443.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,614.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 11,164.26 | $ 0.00 | $ 11,164.26 |
| 000002 | Midland Credit Management, Inc. | $ 11,470.48 | $ 0.00 | $ 11,470.48 |
| 000004 | Roundup Funding, LLC | $ 4,455.38 | $ 0.00 | $ 4,455.38 |
| 000007 | Chase Bank USA NA | $ 17,846.23 | $ 0.00 | $ 17,846.23 |
| 000009 | Midland Funding LLC | $ 678.16 | $ 0.00 | $ 678.16 |
| | Total to be paid to timely general unsecured creditors | | $ | 45,614.51 |
| | Remaining Balance | | $ | 63,828.55 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 745.86 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 63,082.69 .

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Johnny W Garr
Valerie A Garr
         Debtors

Case No. 10-15575-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mhenley               Page 1 of 2                    Date Rcvd: Feb 19, 2014
                             Form ID: pdf006             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2014.
```
db          #+Johnny W Garr, Sr.,    331 Bohland,    Bellwood, IL 60104-1403
jdb         #+Valerie A Garr,    331 Bohland,    Bellwood, IL 60104-1403
15388592    ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,    RICHMOND VA 23230-1654
              (address filed with court:  Allied International Credit Corp.,    100 East Shore Drive, 3rd Floor,
              Glen Allen, VA  23059)
15388591     +Aargon Agency Inc,    3025 West Sahara Ave,    Las Vegas, NV 89102-6094
15494577      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
15388590     +Attorneys Serving You LLC,    1701 S 1st Ave Ste 202,    Maywood, IL 60153-2400
15388594     +Bac Home Loans Servici,    Po Box 5170,    Simi Valley, CA 93062-5170
15388595     +Barclays Bank Delaware,    Po Box 8833,    Wilmington, DE 19899-8833
15388598     +CITI,    PO Box 653095,    Dallas, TX 75265-3095
15388619    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Thd/cbsd,    Po Box 20363,    Kansas City, MO  64195)
15388600      CNA Group Long Term Care,    PO Box 9233,    Des Moines, IA 50306-9233
15388596     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15388597     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
17355282      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15388599     +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
15388603     +First National Collection,    610 Waltham,    Sparks, NY 89434-6695
15388588     +Garr Johnny W Sr,    331 Bohland,    Bellwood, IL 60104-1403
15388589     +Garr Valerie A,    331 Bohland,    Bellwood, IL 60104-1403
15388606     +Great Seneca Financial,    C/O Blatt Hasenmiller,    125 S. Wacker Dr., #400,
              Chicago, IL 60606-4440
15388609     +Loyola University Medical Center,    Two Westbrook Corp. Ctr., Ste. 600,
              Westchester, IL 60154-5716
15388610     +Michael D. Fine,    131 S. Dearborn,    Chicago, IL 60603-5571
19927292      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
15388612     +Nationwide Credit And Co,    9919 W Roosevelt Rd Ste 101,    Westchester, IL 60154-2771
15388615      Northstar Location Services, LLC,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
15388618     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
15388620      Union Pacific,    Group Long Term Care,    PO Box 946760,    Maitland, FL 32794-6760
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17263305      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2014 02:17:10
              American InfoSource LP as agent for WFNNB,    as assignee of,    New York & Co,    PO Box 248872,
              Oklahoma City, OK  73124-8872
17619273      E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2014 02:19:01     Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17260619      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2014 02:29:37     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15388601     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2014 02:29:37     Discover Fin Svcs Llc,
              Po Box 3025,    New Albany, OH 43054-3025
15388602      E-mail/Text: RDEVRIE@EMHC.ORG Feb 20 2014 02:15:56     Elmhurst Memorial Hospital,
              75 Remittance Drive, Dept 6383,    Chicago, IL  60675-6383
15388604     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2014 02:17:27     GE Money Bank,    Bankruptcy Dept.,
              PO Box 103104,    Roswell, GA 30076-9104
15388605     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2014 02:19:51     Gemb/pep Boys,    Po Box 981439,
              El Paso, TX 79998-1439
15388607     +E-mail/Text: Bankruptcy@icsystem.com Feb 20 2014 02:14:24     IC System, Inc.,
              444 Highway 96 East,    St. Paul, MN 55127-2557
15388608     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2014 02:13:23     Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17261507     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2014 02:14:09     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
15388611     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2014 02:14:09     Midland Credit Mgmt,
              Po Box 939019,    San Diego, CA 92193-9019
15388614     +E-mail/Text: bankrup@aglresources.com Feb 20 2014 02:13:02     Nicor Gas,    Po Box 190,
              Aurora, IL 60507-0190
15388616     +E-mail/Text: clientservices@northwestcollectors.com Feb 20 2014 02:13:37     Northwest Collectors,
              3601 Algonquin Rd., Ste. 232,    Rolling Meadows, IL 60008-3143
19927293      E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2014 02:19:50
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
17279864      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2014 02:18:28     Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
15388617     +E-mail/PDF: pa_dc_claims@salliemae.com Feb 20 2014 02:19:35     Sallie Mae,    11100 Usa Pkwy,
              Fishers, IN 46037-9203
17435868     +E-mail/PDF: pa_dc_claims@salliemae.com Feb 20 2014 02:18:24     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 17
```

```
District/off: 0752-1           User: mhenley              Page 2 of 2                 Date Rcvd: Feb 19, 2014
                               Form ID: pdf006            Total Noticed: 43
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17296789*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15388593     ##+Associated Creditors Exchange, Inc,   5151 N. Harlem,   Chicago, IL 60656-3686
15388613      ##NCC,   120 N. Keyser Avenue,   Scranton, PA 18504-9701
                                                                                       TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2014 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    BAC Home Loans Servicing, L.P. fka Countrywide Home
               Loans Servicing LP northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              G. Paul McFarling    on behalf of Debtor Johnny W Garr, Sr. pmcfarling@asylaw.com,
               attorneysservingyou@gmail.com
              G. Paul McFarling    on behalf of Joint Debtor Valerie A Garr pmcfarling@asylaw.com,
               attorneysservingyou@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    on behalf of Accountant    Popowcer Katten, Ltd levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```