# FILED

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

APR 16 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                  )
                                        )
                                        )      Case No. 10 B 15575
JOHNNY W. GARR, SR. and                 )
VALERIE A. GARR,                        )
                                        )
                                        )
                                        )      Chapter 7
        Debtors.                        )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF PHILLIP D. LEVEY, ESQ., ATTORNEY FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $10,440.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED:   | $4,995.00  | TOTAL COSTS REDUCED:   | $0.00 |
| TOTAL FEES ALLOWED:   | $5,445.00  | TOTAL COSTS ALLOWED:   | $0.00 |

### TOTAL FEES AND COSTS ALLOWED: $5,445.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(5)   Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

Dated: April 16, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

**Law Office of Phillip D. Levey**

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Asset Analysis & Recovery** | | | |
| 4/29/2011 | Preparation and assembly of Trustee's Motion to Reopen Case and Order re same. | 1.10 | 495.00 |
| 5/4/2011 | Court re Trustee's Motion to Reopen case. | 0.70 | 315.00 |
| | SUBTOTAL: | [ 1.80 | 810.00] |
| **Fee/Employment Applications** | | | |
| 5/6/2011 | Preparation and assembly of Trustee's Application to Employ Counsel and Order re same. | 0.50 | 225.00 |
| 5/11/2011 | Court re Trustee's Application to Employ Counsel. | 0.80 | 360.00 |
| 5/17/2011 | Preparation of affidavit of disinterestedness for special counsel, John Bishof. | 0.20 | 90.00 |
| 6/7/2011 | Preparation and assembly of Trustee's Application to Employ Special Counsel and Order re same. | 0.90 | 405.00 |
| 6/15/2011 | Court re Trustee's Application to Employ Special Counsel. | 0.50 | 225.00 |
| 8/29/2013 | Preparation and assembly of Trustee's Application to Employ Accountant and Order re same. | 0.50 | 225.00 |
| 9/4/2013 | Ct re Trustee's Application to Employ Accountant. | 0.40 | 180.00 |
| 1/24/2014 | Preparation and assembly of Trustee's Counsel's Application for Compensation and Order re same. | 0.80 | 360.00 |
| 1/30/2014 | Court reTrustee's Counsel's Application for Compensation. (Estimated) | 0.40 | 180.00 |
| | SUBTOTAL: | [ 5.00 | 2,250.00] |
| **Litigation** | | | |
| 5/5/2011 | Teleconference with Union Pacific attorney Adrienne Mazura re status of Garr v. Union Pacific re discovery. | 0.30 | 135.00 |
| 5/11/2011 | Conference with attorney John Bishof to discuss status, discovery, theories of recovery and strategy re Garr v. Union Pacific. | 1.70 | 765.00 |

(5) −135.00; (5) −765.00; −$900.00

|  |  | Page 2 | |
|---|---|---|---|
| Date | Description | Hours | Amount |
| 5/16/2011 | Review of varioujs Court/Illinois Department of Human Rights filings and case law re basis for plaintiff's claims in Garr v. Union Pacific RR. | 2.00 | 900.00  −900.00 |
| 5/17/2011 | Teleconference with attorney John Bishof re merrits of Garr v. Union Pacific. | 0.30 | 135.00  −135.00 |
| 6/7/2011 | Teleconference with attorney John Bishof re automatic stay and discovery re Garr v. Union Pacific. | 0.30 | 135.00  −135.00 |
| 9/20/2011 | Teleconference with attorney Patricia Gerbrick re scheduling and preparation for settlement conference in Garr v.Union Pacific. | 0.50 | 225.00  −225.00 |
| 11/9/2011 | Review of draft letter from office of attorney John Bishof re mediation to Union Pacific attorney Adrianne Mazura. Preparation of e-mail response re same. | 0.50 | 225.00  −225.00 |
| 11/22/2011 | Review letter from attorney John Bishoff to Magistrate re upcoming mediation conference. | 0.50 | 225.00  −225.00 |
| 11/30/2011 | Review of defendant Union Pacific's response to plaintiff's letter statement re mediation conference including exhibits. | 1.30 | 585.00  −585.00 |
|  | Preparation for mediation in Garr v. Union Pacific. | 1.90 | 855.00  −855.00 |
|  | Teleconference with and e-mail to attorney John Bishof re defendant Union Pacific's response to plaintiff's letter statement re mediation conference. | 0.30 | 135.00  −135.00 |
|  | Teleconference with attorney John Bishof in preparation for mediation conference. | 0.40 | 180.00  −180.00 |
| 1/21/2013 | Review of District Court's opinion re denial of defendant's motion for summary judgment in Garr v. Union Pacific and motion and response re same. | 1.10 | 495.00  −495.00 |
| 1/23/2013 | Teleconference with attorney John Bishof re settlement demand to Union Pacific and applicable bankruptcy rules and procedure. | 0.30 | 135.00 |
| 5/15/2013 | Review and revision of proposed settlement agreement in Garr v. Union Pacific. E-mail to attorney John Bishof re same. | 0.90 | 405.00 |
| 5/21/2013 | Additional revisions to settlement agreement in Garr v. Union Pacific. E-mail to attorney John Bishof re same. | 0.40 | 180.00 |
| 6/14/2013 | Preparation and assembly of Trustee's Motion to Compromise Garr v. Union Pacific Railroad Company and Order re same. | 1.40 | 630.00 |
| 7/9/2013 | Court re Trustee's Motion to Compromise and Settle Garr v. Union Pacific Railroad and debtors' objection to same. | 0.90 | 405.00 |
|  | Conference with Judge Magistrate Gilberts. | 0.40 | 180.00 |
|  | Teleconference with attorney John Bishof re hearing re Trustee's Motion to Compromise and Settle Garr v. Union Pacific Railroad. | 0.30 | 135.00 |

−$4095.00

|  |  | Page | 3 |
|---|---|---:|---:|
|  |  | Hours | Amount |
| 7/9/2013 | Teleconference with attorney Paul McFarling re hearing re Trustee's Motion to Compromise and Settle Garr v. Union Pacific Railroad. | 0.30 | 135.00 |
| 7/23/2013 | E-mail to attorney Paul McFarling re possible motion to reconsider or appeal order approving compromise of Garr v. Union Pacific. | 0.20 | 90.00 |
|  | E-mail to attorney Paul McFarling re issue of whether debtors filing of motion to reconsider or appeal re order approving compromise of Garr v. Union Pacific. | 0.20 | 90.00 |
|  | SUBTOTAL:                                                                           [ | 16.40 | 7,380.00] |
|  | **For professional services rendered** | 23.20 | $10,440.00 |
|  | Balance due |  | $10,440.00 |

—$4,995 total deductions *(handwritten)*