# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARR SR., JOHNNY W | § | Case No. 10-15575 |
| GARR, VALERIE A | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the
Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the
liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on                    .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Phillip D. Levey _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHNNY W GARR SR. | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Bac Home Loans Servici Po Box 5170 Simi Valley, CA 93062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| BISHOF, JOHN | | | | | |
| BISHOF, JOHN | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aargon Agency Inc 3025 West Sahara Ave Las Vegas, NV  89102 | | | | | |
| | Associated Creditors Exchange, Inc 5151 N. Harlem Chicago, IL  60656 | | | | | |
| | Barclays Bank Delaware Po Box 8833 Wilmington, DE 19899 | | | | | |
| | CNA Group Long Term Care PO Box 9233 Des Moines, IA 50306-9233 | | | | | |
| | Chase PO Box 15153 Wilmington, DE  19886-5153 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Citifinancial Retail S Po Box 22066 Tempe, AZ  85285 | | | | | |
| | Discover Fin Svcs Llc Po Box 3025 New Albany, OH  43054 | | | | | |
| | Elmhurst Memorial Hospital 75 Remittance Drive, Dept 6383 Chicago, IL  60675-6383 | | | | | |
| | First National Collection 610 Waltham Sparks, NY  89434 | | | | | |
| | GE Money Bank Bankruptcy Dept. PO Box 103104 Roswell, GA  30076 | | | | | |
| | Gemb/pep Boys Po Box 981439 El Paso, TX  79998 | | | | | |
| | Great Seneca Financial C/O Blatt Hasenmiller 125 S. Wacker Dr., #400 Chicago, IL 60606 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Medical Center Two Westbrook Corp. Ctr., Ste. 600 Westchester, IL 60154 | | | | | |
| | Midland Credit Mgmt Po Box 939019 San Diego, CA 92193 | | | | | |
| | NCC 120 N. Keyser Avenue Scranton, PA 18504-9701 | | | | | |
| | Nationwide Credit And Co 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nationwide Credit And Co 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nicor Gas Po Box 190 Aurora, IL 60507 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008 | | | | | |
| | Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | | | | |
| | Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae 11100 Usa Pkwy Fishers, IN  46037 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD  57117 | | | | | |
| | Thd/cbsd Po Box 20363 Kansas City, MO  64195 | | | | | |
| | Union Pacific Group Long Term Care PO Box 946760 Maitland, FL  32794-6760 | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000007 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000009 | MIDLAND FUNDING LLC | | | | | |
| 000004 | ROUNDUP FUNDING, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | SALLIE MAE | | | | | |
| | CHASE BANK USA NA | | | | | |
| | DISCOVER BANK | | | | | |
| | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

Case No:        10-15575      EW    Judge: EUGENE R. WEDOFF
Case Name:      GARR SR., JOHNNY W
                GARR, VALERIE A
For Period Ending: 08/25/14

Trustee Name:                       Phillip D. Levey
Date Filed (f) or Converted (c):    04/08/10 (f)
341(a) Meeting Date:                05/25/10
Claims Bar Date:                    08/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' residence located at 331 Bohland Ave., Be | 155,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Midwest Bank and Trust | 600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Midwest Bank and Trust | 25.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Midwest Bank and Trust | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Household goods and furnishings, electronics | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Normal complement of clothing | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Miscellaneous jewelry and watches of limited value | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Union Pacific Railroad Pension | 500,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 1968 Chrysler Imperial - doesn't run | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 1994 Cadillac Deville, 100k+ miles | 800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 1997 Ford E150 Van, 105k+ miles | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. 2004 Ford Freestar, approx 75K miles | 5,055.00 | 4,800.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-15575 | EW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | GARR SR., JOHNNY W | | | | Date Filed (f) or Converted (c): | 04/08/10 (f) |
| | GARR, VALERIE A | | | | 341(a) Meeting Date: | 05/25/10 |
| | | | | | Claims Bar Date: | 08/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. Garr v. Union Pacific (u)<br>Employment discrimination in litigation. | 0.00 | 275,000.00 | | 275,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $667,250.00 | $279,800.00 | | $275,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Trustee's Final Account.

Initial Projected Date of Final Report (TFR): 11/30/13      Current Projected Date of Final Report (TFR): 01/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 18.00b

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-15575 -EW | | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GARR SR., JOHNNY W | | | Bank Name: | ASSOCIATED BANK |
| | GARR, VALERIE A | | | Account Number / CD #: | *******3141  Checking |
| Taxpayer ID No: | *******9437 | | | | |
| For Period Ending: | 08/25/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 07/30/13 | 14 | Union Pacific Railroad | SETTLEMENT | 1249-000 | 275,000.00 | | 275,000.00 |
| | | | | Bank Serial #: | | | | |
| | 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.37 | 274,973.63 |
| | 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 408.70 | 274,564.93 |
| * | 09/12/13 | 14 | Union Pacific Railroad | SETTLEMENT | 1249-003 | 275,000.00 | | 549,564.93 |
| | | | | Wire received 8/7/13. Not recorded until 9/12/13. | | | | |
| * | 09/12/13 | 14 | Union Pacific Railroad | SETTLEMENT | 1249-003 | -275,000.00 | | 274,564.93 |
| | | | | ENTERED IN ERROR. | | | | |
| | 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 395.08 | 274,169.85 |
| | 10/17/13 | 010001 | John Bishof | ATTORNEY FEES | 3210-600 | | 78,439.93 | 195,729.92 |
| | | | 101 North Wacker Drive | Special Counsel Fees per Order dated July 9, 2013. | | | | |
| | | | Suite 200 | | | | | |
| | | | Chicago, IL 60606 | | | | | |
| | 10/17/13 | 010002 | John Bishof | Reimbursement of Costs Advanced | 3220-610 | | 21,560.07 | 174,169.85 |
| | | | 101 North Wacker Drive | Reimbursement of costs advanced per Order dated | | | | |
| | | | Suite 200 | July 9, 2013. | | | | |
| | | | Chicago, IL 60606 | | | | | |
| | 10/24/13 | 010003 | UNITED STATES TREASURY | Estate Income Taxes | 2810-000 | | 30,895.00 | 143,274.85 |
| | | | | 2013 FORM 1041 | | | | |
| | | | | EMPLOYER ID # 46-6789437 | | | | |
| | 10/24/13 | 010004 | ILLINOIS DEPARTMENT OF REVENUE | ESTATE INCOME TAXES | 2820-000 | | 6,828.00 | 136,446.85 |
| | | | | 2013 FORM IL-1041 | | | | |
| | | | | EMPLOYER ID # 46-6789437 | | | | |
| | 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 359.67 | 136,087.18 |
| | 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.77 | 135,885.41 |
| | 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.02 | 135,683.39 |
| | 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.15 | 135,501.24 |
| | 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.45 | 135,299.79 |

| | Page Subtotals | 275,000.00 | 139,700.21 |
|---|---|---|---|

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-15575  -EW |
|---|---|
| Case Name: | GARR SR., JOHNNY W |
| | GARR, VALERIE A |
| Taxpayer ID No: | *******9437 |
| For Period Ending: | 08/25/14 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3141  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 04/14/14 | | UNION BANK | Bank Service Fee Refund | 2600-003 | 182.15 | | 135,481.94 |
| | 04/14/14 | | ASSOCIATED BANK | Bank Service Fee Refund | 2600-000 | 182.15 | | 135,664.09 |
| | 04/14/14 | | ASSOCIATED BANK | Bank Service Fee Refund | 2600-000 | 201.45 | | 135,865.54 |
| * | 04/15/14 | | Reverses Adjustment IN on 04/14/14 | Bank Service Fee Refund | 2600-003 | -182.15 | | 135,683.39 |
| | | | | Refund was for Associated Bank, Not Union Bank | | | | |
| | 04/17/14 | 010005 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 110.46 | 135,572.93 |
| | | | 2722 NORTH RACINE AVENUE | | | | | |
| | | | CHICAGO, IL  60614 | | | | | |
| | 04/17/14 | 010006 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,445.00 | 130,127.93 |
| | 04/17/14 | 010007 | Clerk, U.S. Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 129,867.93 |
| | | | | Deferred Fee to Re-Open | | | | |
| | 04/17/14 | 010008 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,584.00 | 128,283.93 |
| | | | 35 East Wacker Drive | | | | | |
| | | | Suite 1550 | | | | | |
| | | | Chicago, IL  60601 | | | | | |
| | 04/17/14 | 010009 | Phillip D. Levey | TRUSTEE FEE | 2100-000 | | 13,845.87 | 114,438.06 |
| * | 04/17/14 | 010010 | Phillip D. Levey | Trustee Expenses | 2200-003 | | 110.46 | 114,327.60 |
| * | 04/17/14 | 010010 | Phillip D. Levey | Trustee Expenses | 2200-003 | | -110.46 | 114,438.06 |
| | | | | Amount wrong. Reissue in correct amount. | | | | |
| * | 04/17/14 | 010011 | Discover Bank | Claim 000001, Payment 101.74656% | | | 11,359.25 | 103,078.81 |
| | | | DB Servicing Corporation | | | | | |
| | | | PO Box 3025 | | | | | |
| | | | New Albany, OH 43054-3025 | | | | | |
| | | | | Claim          11,164.26 | 7100-003 | | | |
| | | | | Interest           194.99 | 7990-003 | | | |
| * | 04/17/14 | 010011 | Discover Bank | Claim 000001, Payment 101.74656% | | | -11,359.25 | 114,438.06 |
| | | | DB Servicing Corporation | Amount wrong. Reissue in correct amount. | | | | |
| | | | PO Box 3025 | | | | | |
| | | | New Albany, OH 43054-3025 | | | | | |

| | | | | Page Subtotals | | 383.60 | 21,245.33 | |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

Case No:    10-15575  -EW
Case Name:    GARR SR., JOHNNY W
        GARR, VALERIE A
Taxpayer ID No:    *******9437
For Period Ending:    08/25/14

Trustee Name:    Phillip D. Levey
Bank Name:    ASSOCIATED BANK
Account Number / CD #:    *******3141  Checking

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim    (    11,164.26 ) | 7100-003 | | | |
| | | | Interest    (    194.99 ) | 7990-003 | | | |
| * 04/17/14 | 010012 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000002, Payment 101.74657% | | | 11,670.82 | 102,767.24 |
| | | | Claim    11,470.48 | 7100-003 | | | |
| | | | Interest    200.34 | 7990-003 | | | |
| * 04/17/14 | 010012 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000002, Payment 101.74657% Amount wrong. Reissue in correct amount. | | | -11,670.82 | 114,438.06 |
| | | | Claim    (    11,470.48 ) | 7100-003 | | | |
| | | | Interest    (    200.34 ) | 7990-003 | | | |
| * 04/17/14 | 010013 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000004, Payment 101.74665% | | | 4,533.20 | 109,904.86 |
| | | | Claim    4,455.38 | 7100-003 | | | |
| | | | Interest    77.82 | 7990-003 | | | |
| * 04/17/14 | 010013 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000004, Payment 101.74665% Amount wrong. Reissue in correct amount. | | | -4,533.20 | 114,438.06 |
| | | | Claim    (    4,455.38 ) | 7100-003 | | | |
| | | | Interest    (    77.82) | 7990-003 | | | |
| * 04/17/14 | 010014 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 101.74653% | | | 18,157.92 | 96,280.14 |
| | | | Claim    17,846.23 | 7100-003 | | | |
| | | | Interest    311.69 | 7990-003 | | | |

Page Subtotals    0.00    18,157.92

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 10-15575  -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GARR SR., JOHNNY W | | Bank Name: | ASSOCIATED BANK |
| | GARR, VALERIE A | | Account Number / CD #: | *******3141  Checking |
| Taxpayer ID No: | *******9437 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/17/14 | 010014 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 101.74653%<br>Amount wrong. Reissue in correct amount. | | | -18,157.92 | 114,438.06 |
| | | | Claim        (   17,846.23  ) | 7100-003 | | | |
| | | | Interest        (       311.69) | 7990-003 | | | |
| * 04/17/14 | 010015 | Midland Funding LLC<br>c/o Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 101.74590%<br>(9-1) PEP BOYS | | | 690.00 | 113,748.06 |
| | | | Claim         678.16 | 7100-003 | | | |
| | | | Interest          11.84 | 7990-003 | | | |
| * 04/17/14 | 010015 | Midland Funding LLC<br>c/o Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 101.74590%<br>Amount wrong. Reissue in correct amount. | | | -690.00 | 114,438.06 |
| | | | Claim        (       678.16  ) | 7100-003 | | | |
| | | | Interest        (       11.84) | 7990-003 | | | |
| 04/17/14 | 010016 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 101.74656% | | | 11,359.25 | 103,078.81 |
| | | | Claim        11,164.26 | 7100-000 | | | |
| | | | Interest         194.99 | 7990-000 | | | |
| 04/17/14 | 010017 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000002, Payment 101.74657% | | | 11,670.82 | 91,407.99 |
| | | | Claim        11,470.48 | 7100-000 | | | |
| | | | Interest         200.34 | 7990-000 | | | |
| 04/17/14 | 010018 | Roundup Funding, LLC | Claim 000004, Payment 101.74665% | | | 4,533.20 | 86,874.79 |

| | | | Page Subtotals | | 0.00 | 9,405.35 | |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-15575  -EW |
| Case Name: | GARR SR., JOHNNY W |
| | GARR, VALERIE A |
| Taxpayer ID No: | *******9437 |
| For Period Ending: | 08/25/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3141  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MS 550 PO Box 91121 Seattle, WA 98111-9221 | | | | | |
| | | | Claim          4,455.38 | 7100-000 | | | |
| | | | Interest           77.82 | 7990-000 | | | |
| 04/17/14 | 010019 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 101.74653% | | | 18,157.92 | 68,716.87 |
| | | | Claim         17,846.23 | 7100-000 | | | |
| | | | Interest          311.69 | 7990-000 | | | |
| 04/17/14 | 010020 | Midland Funding LLC c/o Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami FL 33131-1605 | Claim 000009, Payment 101.74590% (9-1) PEP BOYS | | | 690.00 | 68,026.87 |
| | | | Claim            678.16 | 7100-000 | | | |
| | | | Interest           11.84 | 7990-000 | | | |
| 04/17/14 | 010021 | JOHNNY W GARR SR. 4716 Kestrel Street Grand Prairie, TX  75052 | Surplus Funds | 8200-002 | | 68,026.87 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 275,383.60 | 275,383.60 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 275,383.60 | 275,383.60 | |
| Less:  Payments to Debtors | | 68,026.87 | |
| Net | 275,383.60 | 207,356.73 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********3141 | 275,383.60 | 207,356.73 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 275,383.60 | 207,356.73 | 0.00 |
| Page Subtotals | 0.00 | 86,874.79 | |

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2                                                                                                      Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-15575  -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | GARR SR., JOHNNY W | Bank Name: | ASSOCIATED BANK |
| | GARR, VALERIE A | Account Number / CD #: | *******3141  Checking |
| Taxpayer ID No: | *******9437 | | |
| For Period Ending: | 08/25/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  | Page Subtotals | | 0.00 | 0.00 | |